## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Dennis Decker, Plaintiff, v. Village of Vernon Hills, Cmdr. Mark Chandler, Ofc. James Koch, Sgt. Patrick Zimmerman, & Det. A. Jones, Defendants | FILED: JUNE 18, 2008<br>08CV3500<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE COX<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dennis Decker, Plaintiff

| | |
|---|---|
| **NAME (Type or print)**<br>Kurt Feuer | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Kurt Feuer | |
| **FIRM**<br>LOEVY & LOEVY | |
| **STREET ADDRESS**<br>312 N. May Street, Suite 100 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60607 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6187322 | **TELEPHONE NUMBER**<br>312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |