# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
DENNIS DECKER
v.
VILLAGE OF VERNON HILLS, COMMANDER MARK CHANDLER;
OFFICER JAMES KOCH: SGT. PATRICK ZIMMERMAN; AND
DETECTIVE A. JONES,

Case Number: 08 C 3500

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

VILLAGE OF VERNON HILLS, COMMANDER MARK CHANDLER; OFFICER JAMES KOCH;
SGT. PATRICK ZIMMERMAN; and DETECTIVE A. JONES

| | |
|---|---|
| NAME (Type or print) | Krista E. Oswald |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Krista E. Oswald |
| FIRM | Knight, Hoppe, Kurnik & Knight, Ltd. |
| STREET ADDRESS | 2860 River Road, Suite 400 |
| CITY/STATE/ZIP | Des Plaines, IL 60018-6009 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6287032 | TELEPHONE NUMBER 847 298-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL     APPOINTED COUNSEL | |