# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number:   08 C 3500

DENNIS DECKER
v.
VILLAGE OF VERNON HILLS, COMMANDER MARK CHANDLER:
OFFICER JAMES KOCH; SGT. PATRICK ZIMMERMAN; AND
DETECTIVE A. JONES,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)
VILLAGE OF VERNON HILLS, COMMANDER MARK CHANDLER; OFFICER JAMES KOCH: SGT. PATRICK ZIMMERMAN: AND DETECTIVE A. JONES,

| | |
|---|---|
| NAME (Type or print) Elizabeth A. Knight | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/  Elizabeth A. Knight | |
| FIRM  Knight, Hoppe, Kurnik & Knight, Ltd. | |
| STREET ADDRESS  2860 River Road, Suite 400 | |
| CITY/STATE/ZIP  Des Plaines, IL  60018-6009 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  03121812 | TELEPHONE NUMBER  847-298-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL              APPOINTED COUNSEL | |