IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS DECKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 3500 |
| | ) | |
| v. | ) | |
| | ) | Judge Pallmeyer |
| VILLAGE OF VERNON HILLS, COMMANDER MARK CHANDLER, OFFICER JAMES KOCH, SGT. PATRICK ZIMMERMAN, and DET. A. JONES, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION TO CONTINUE HEARING

Plaintiff, DENNIS DECKER, by his attorney, KURT H. FEUER, respectfully requests this Court to continue the hearing set for August 27, 2008, and in support thereof, states as follows:

1. This matter was set for an initial status hearing on August 14, 2008.

2. On August 13, 2008, this Court entered an order striking the initial status hearing and setting this matter for hearing on August 27, 2008.

3. Plaintiff's counsel will be out of town the week of August 25 through August 29, 2008.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to strike the August 27, 2008 hearing date and reschedule this matter for a date after September 1, 2008 (Labor Day).

RESPECTFULLY SUBMITTED,

_____
Attorney for Plaintiff

Kurt Feuer
Attorney at Law
312 North May St
Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

      I, Kurt Feuer, an attorney, certify that on August 14, 2008, I electronically served a copy of the attached Motion and accompanying Notice to counsel of record.

*/s/ Kurt Feuer*