IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DENNIS DECKER, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 3500 |
| ) | |
| v. ) | |
| ) | Judge Pallmeyer |
| VILLAGE OF VERNON HILLS, COMMANDER ) | |
| MARK CHANDLER, OFFICER JAMES KOCH, ) | |
| SGT. PATRICK ZIMMERMAN, and DET. A. ) | |
| JONES, ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:        Counsel of Record

Please take notice that on Tuesday, August 19, 2008 at 8:45 a.m., I will appear before Judge Kendall in the courtroom usually occupied by her at 219 South Dearborn, Chicago, IL and then and there present the attached Plaintiff's Motion Continue Hearing, a copy of which is attached hereto and hereby served upon you.

_____
Attorney for Plaintiff

Kurt H. Feuer
Attorney at Law
312 N. May, Ste. 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Kurt Feuer, an attorney, certify that on August 14, 2008, I electronically served a copy of the attached Motion and accompanying Notice to counsel of record.

_____