# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3500 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Dennis Decker vs. Village of Vernon Hills, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to continue hearing [11] granted. Rule 16 conference set for 8/27/2008 stricken and reset to 9/4/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|