IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS DECKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 3500 |
| | ) | |
| v. | ) | |
| | ) | Judge Pallmeyer |
| VILLAGE OF VERNON HILLS, COMMANDER MARK CHANDLER, OFFICER JAMES KOCH, SGT. PATRICK ZIMMERMAN, and DET. A. JONES, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**REPORT OF PARTIES' PLANNING MEETING**

Plaintiff, DENNIS DECKER, by his attorney, KURT H. FEUER, and Defendants, VILLAGE OF VERNON HILLS, MARK CHANDLER, JAMES KOCH, PATRICK ZIMMERMAN and A. JONES, by their counsel, KNIGHT, HOPPE, KURNICK & KNIGHT, LTD., as their Report of the Parties' Planning Meeting, state as follows:

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), the counsel for the parties listed below held a telephone conference on September 2, 2008:

   Kurt Feuer
   Attorney at Law
   312 North May Street, Suite 100
   Chicago, IL 60607
   (312)243-5900

   Counsel for Plaintiffs

1

>Elizabeth Knight
>Krista Oswald
>Knight, Hoppe, Kurnick & Knight, Ltd.
>2860 River Road, Suite 400
>Des Plaines, IL 60018
>(847)298-8000
>
>Counsel for Defendants

2. **Pre-trial Schedule.** The parties jointly propose to the Court the following discovery plan:

    A.   Discovery will be needed on the following subjects:

        i)  Plaintiffs' allegations of false arrest and malicious prosecution;

        ii)  Plaintiffs' damages;

        iii)  Defendants' affirmative defenses.

    B.   Disclosures pursuant to FED. R. CIV. P. 26(a) to be made by <u>September 26, 2008</u>. All discovery to be commenced in time to be completed by <u>January 30, 2008</u>.

    C.   The parties expect they will need approximately <u>10</u> depositions.

    D.   Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiffs by <u>February 28, 2009</u>.

from Defendants by March 28, 2009.

E.  The Parties should be allowed until November 15, 2008 to join additional parties and until November 15, 2008 to amend the pleadings.

F.  All potentially dispositive motions should be filed by April 30, 2009.

G.  Final pretrial order: Plaintiff to prepare proposed draft and submit to Defendants by May 30, 2009; parties to file joint final pretrial order by June 15, 2009

I.  The case should be ready for trial by Summer/Fall of 2009 and any date during that time can be set at the Court's convenience.

3.  **Settlement.**  The parties have not discussed settlement.

4.  **Consent.**  The parties do not consent unanimously to proceed before a magistrate judge.

Date: September 2, 2008

[signature]
_____
Attorney for Plaintiffs


[s] Krista Oswald
_____
Attorney for Defendants